# EXHIBIT 9

 (cfpb.gov/)

 Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_receive
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 11289411

**Date CFPB received the complaint**
12/26/2024

**Consumer's state**
CO

**Consumer's zip**
80907

**Submitted via**
Web

**Did consumer dispute the response?**
N/A

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue:
Trying to communicate with the company to fix an issue while managing or servicing your loan

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
I am writing to formally file a complaint regarding ongoing issues with my mortgage payments and the mismanagement of my account. Despite my repeated attempts to resolve the situation, I have continued to face unnecessary fees and complications due to errors on The Money Source 's part. In XX/XX/year>, I updated my autopay information, changing my bank account from XXXX XXXX to my XXXX XXXX XXXX account ending in XXXX. I designated this new account as the " PRIMARY '' payment method, and assumed everything was in order, especially since I received no communication indicating any issues with the update. However, in XXXX, I began receiving what I initially thought were spam calls from The Money Source, urging me to contact them immediately. When I finally reached out, I was informed that my payment had not been processed, despite my bank account being linked for autopay. I was told that I would be held liable for return charges and late fees. During the call, I confirmed that my XXXX XXXX XXXX account ending in XXXX was visible to their system, and I approved the representative 's request to apply the payment to that account. Despite this, the same problem has occurred every month since. Each time I call, I am told that the payment is being applied to an account that was removed in XX/XX/year>, which is no longer linked to my mortgage. I am then penalized with late fees and return charges, even though the correct account is clearly listed in their system. This ongoing pattern of incompetence is completely unacceptable. I have been forced to repeatedly address these issues, yet each time, I am penalized for mistakes that are clearly the fault of The Money Source. Despite consistently requesting clarification, the outcome remains the same : I am wrongfully held responsible for fees caused by your mismanagement, while my payments continue to be mishandled. In my most recent conversation with a representative, I was instructed to obtain a written statement from my bank confirming that they had not been receiving payments from TMS, along with bank statements to prove my ability to pay my mortgage. This suggestion was not only unhelpful but insulting, as it shifts blame onto me for issues that are entirely your responsibility. As a result of this ongoing issue, I will be consulting with my lawyer to determine what would be a fair compensation amount for the financial and emotional damages I have incurred, including the late fees, return charges, and the stress and frustration caused by the repeated mistakes. I expect prompt resolution of this matter and will appreciate a detailed response outlining how this issue will be addressed moving forward.

# Company information

| | |
|---|---|
| **Date complaint sent to company** | **Timely response?** |
| 12/26/2024 | ⦿ Yes |
| **Company name** | **Company response to consumer** |
| MONEY SOURCE, INC., THE | Closed with explanation |
| | **Company public response** |
| | N/A |

 (cfpb.gov/)

 Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_receive
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 8255522

**Date CFPB received the complaint**
1/31/2024

**Consumer's state**
TX

**Consumer's zip**
75028

**Submitted via**
Web

**Did consumer dispute the response?**
N/A

**Product**
Mortgage
**Sub-product:** Conventional home mortgage

**Issue**
Trouble during payment process

**Sub-issue:**
Trying to communicate with the company to fix an issue while managing or servicing your loan

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
The escrow account company : XXXX XXXX XXXX XXXX XXXX XXXX, AZ XXXX, TIN # XXXX Insured location : XXXX XXXX XXXX Servbank provided a wrong 2023 yearly statement, along with a 1098 form with the same error. Both forms overcharged my account under Insurance payment for 2023. I called asking them to correct the mistake, and the company has not done so far. The home insurance premium quoted and paid ( I have the quote and the payment statement from the insurance company XXXX XXXX XXXX ) during 2023 : {$1400.00} The home insurance payment reported by the escrow account in Form 1098 : {$4100.00} In brief, the escrow overcharged me {$2600.00} under the insurance payment for 2023 tax year. I called XXXX trying to resolve this, and they refused to correct the error.

## Company information

**Date complaint sent to company**
1/31/2024

**Company name**
MONEY SOURCE, INC., THE

**Timely response?**
⏱ Yes

**Company response to consumer**
Closed with explanation

**Company public response**
N/A

 (cfpb.gov/)

 Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_receive
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 7051401

**Date CFPB received the complaint**
6/1/2023

**Consumer's state**
NJ

**Consumer's zip**
080XX

**Submitted via**
Web

**Did consumer dispute the response?**
N/A

**Product**
Credit reporting, credit repair services, or other personal consumer reports
**Sub-product:** Credit reporting

**Issue**
Problem with a credit reporting company's investigation into an existing problem
**Sub-issue:** Their investigation did not fix an error on your report

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
The Money Source reported my XX/XX/2023 mortgage payment as late to XXXX. My XXXX payment was made on time ( XX/XX/XXXX ) and in full ( {$1900.00} ) as reflected on The Money Source 's own ledger ( attached ) and my bank statements ( attached ). I reached out to the Money Source on multiple occasions ( by phone and in writing ) to ask for a correction but they refused. I disputed the late payment with XXXX and received notification that The Money Source had verified the information as being reported correctly. The late payment is still reflected on XXXX report and both XXXX and The Money Source refuse to make this right. This is ruining my credit and preventing me from obtaining the credit I need to provide for my family.

## Company information

**Date complaint sent to company**
6/1/2023

**Company name**
MONEY SOURCE, INC., THE

**Timely response?**
⊙ Yes

**Company response to consumer**
Closed with explanation

**Company public response**
N/A

 (cfpb.gov/)

‹ Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_receive
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 6849917

**Date CFPB received the complaint**
4/17/2023

**Consumer's state**
OK

**Consumer's zip**
74820

**Submitted via**
Web

**Did consumer dispute the response?**
N/A

**Product**
Credit reporting, credit repair services, or other personal consumer reports
**Sub-product:** Credit reporting

**Issue**
Problem with a credit reporting company's investigation into an existing problem
**Sub-issue:** Problem with personal statement of dispute

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
Dear Consumer Financial Protection Bureau, I am writing to file a complaint against The money source regarding their poor quality of service. I have had several issues with this company, including a late payment that was their fault and their failure to provide me with adequate customer service. I reached out to a supervisor regarding the late payment, and they were supposed to call me back to discuss a resolution. However, I never received a call back, and when I followed up with the company, they were rude and unhelpful. Furthermore, I have had additional issues with this company, including a lack of communication and failure to provide me with the courtesy of fixing their mistakes. I have tried to contact them to address these issues, but they do not call me back or provide me with any assistance they put a late payment on my credit report for XX/XX/2022 I tried to explain what happened to the agent that was supposed to help me but all he did was try to confuse me I explained they had me cancel the payment on the app and pay it over the phone I have been doing business with the money source for almost 2 years I have never been late always pay on time this is effecting my credit report the last agent I spoke with was XXXX XXXX, I am extremely disappointed with the level of service provided by The money source, and I believe they are not meeting the standards of customer service that are expected. I hope that the Consumer Financial Protection Bureau will take action to ensure that this company improves its service and treats its customers with respect. My account # XXXX Thank you for your attention to this matter. Sincerely, XXXX XXXX XXXX

## Company information

**Date complaint sent to company**
4/17/2023

**Company name**
MONEY SOURCE, INC., THE

**Timely response?**
◉ Yes

**Company response to consumer**
Closed with explanation

**Company public response**
N/A

 (cfpb.gov/)

‹ Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_receive
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 6427023

**Date CFPB received the complaint**
1/11/2023

**Consumer's state**
CA

**Consumer's zip**
94509

**Submitted via**
Web

**Tags**
Older American, Servicemember

**Did consumer dispute the response?**
N/A

**Product**
Credit reporting, credit repair services, or other personal consumer reports
**Sub-product:** Credit reporting

**Issue**
Incorrect information on your report
**Sub-issue:** Account status incorrect

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
On XX/XX/2022, my XXXX XXXX XXXX account was compromised. The majority of my bills are paid from this account via autopay and have been for years. I went in the same day and closed the compromised account and opened a new one. I then contacted all my payees and submitted the new account information. Everything went as planned until XXXX. I received a notification from The Money Source ( my mortgage company ) stating that my bank declined payment. I gave The Money Source the new account # and explained that I've been on autopay with them since opening my account with them. Also that they had received 2 payments already from the new account, so how did a different # suddenly get associated with my bank. Things seem to go back to normal so I thought. I XXXX XXXX, I got another notification from the Money Source stating the payment was declined by XXXX. I then called XXXX and did a 3 way telephone call to The Money Source.. The XXXX agent told the Money Source agent that the issue was on their end by inputting the old account #. We don't understand how that could happen when The Money Source had been receiving payment with the new account number then arbitrarily began using the old number. This caused a hit on my credit report for a late payment in XXXX. I have had perfect credit for more than 5 years, this set me back into fair status. I have contacted The Money Source via phone and email, my attorney even wrote a letter. They will not take accountability for their mistake and I am paying for it.

## Company information

**Date complaint sent to company**
1/11/2023

**Company name**
MONEY SOURCE, INC., THE

**Timely response?**
◉ Yes

**Company response to consumer**
Closed with explanation

**Company public response**
N/A

 (cfpb.gov/)

⟨ Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_receive
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 4402951

**Date CFPB received the complaint**
5/25/2021

**Consumer's state**
CO

**Consumer's zip**
80016

**Submitted via**
Web

**Did consumer dispute the response?**
N/A

**Product**
Credit reporting, credit repair services, or other personal consumer reports
**Sub-product:** Credit reporting

**Issue**
Incorrect information on your report
**Sub-issue:** Account status incorrect

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
We had an account that was set up on automatic payment but unbeknown to us the company did maintenance internally on their systems and it deleted out automatic payment setup. By the time we realized that a payment hadn't gone thru and made the payment they reported us as 30 day late on our credit reports. This is extremely detrimental to our goals and not representative of the actual situation. We have tried disputing the late payment with the credit bureaus but haven't had success. Please assist us in getting the late payment removed from our credit reports with the three credit bureaus as this was not a late payment that was our fault.

## Company information

**Date complaint sent to company**
5/25/2021

**Company name**
MONEY SOURCE, INC., THE

**Timely response?**
◉ Yes

**Company response to consumer**
Closed with explanation

**Company public response**
N/A

 (cfpb.gov/)

 Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_receive
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 3797639

**Date CFPB received the complaint**
8/15/2020

**Consumer's state**
CT

**Consumer's zip**
06512

**Submitted via**
Web

**Did consumer dispute the response?**
N/A

**Product**
Mortgage
**Sub-product:** FHA mortgage

**Issue**
Incorrect information on your report
**Sub-issue:** Account status incorrect

**Consumer consent to publish narrative**
 Consent provided

**Consumer complaint narrative**
The mortgage company was actively taking monthly payments from my account. The mortgage company had an error with their system and stated I was past due on my account. Below is a copy of the payment date and confirmation for the month of XXXX. In which they are reporting was 30 days late

## Company information

**Date complaint sent to company**
8/15/2020

**Company name**
MONEY SOURCE, INC., THE

**Timely response?**
 Yes

**Company response to consumer**
Closed with explanation

**Company public response**
N/A