**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

|  |  |
|---|---|
| TRACY KNEEBUSH, and VENUS KNEEBUSH,<br><br>        Plaintiffs,<br><br>    v.<br><br>SERVBANK, SB, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>        Defendants. | Case No.: 3:25-cv-00304<br>District Judge Charles E. Atchley, Jr.<br>Magistrate Judge Jill E. McCook |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Matthew Ginther, of Goodwin Procter LLP, located at

1900 N Street, NW, Washington, DC 20036, hereby enters his appearance as counsel for

Defendant Experian Information Solutions, Inc.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Matthew Ginther*
Matthew Ginther (#36377)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444
MGinther@goodwinlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Matthew Ginther
Matthew Ginther

2