# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

| | | |
|---|---|---|
| TRACY KNEEBUSH AND<br>VENUS KNEEBUSH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No.: 3:25-cv-00304** |
| SERVBANK, SB, INC.; EQUIFAX,<br>INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; and TRANS UNION<br>LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT SERVBANK, SB, INC.

Pursuant to Local Rule 83.4(f), Ian N. Joseph ("Movant") hereby gives notice of his withdrawal as counsel for Defendant Servbank, SB, Inc. ("Servbank") in the above-styled action, stating as follows:

1. On January 6, 2026, McGlinchey Stafford, PLLC, the Movant's former law firm, announced that it was winding down effective January 31, 2026.

2. Thus, the Movant departed from McGlinchey Stafford, PLLC effective as of January 9, 2026, and is currently working at a separate law firm.

3. Servbank will continue to be represented in this action by Movant's former colleague Mr. Shaun K. Ramey, now of Spencer Fane LLP. His contact information is as follows:

Shaun K. Ramey
Spencer Fane LLP (Nashville)
511 Union Street, Suite 1000
sramey@spencerfane.com
615-238-6300

4.      Mr. Ramey has already appeared in this matter. Thus, there will not be a lapse in representation of Servbank in this cause, and Servbank will not be prejudiced.

Respectfully Submitted,

*/s/ Ian N. Joseph*
Ian N. Joseph (BPR #42243)
Burr & Forman LLP
222 2nd Ave S, Ste 2000
Nashville, TN 37201
(615) 724-3205 (telephone)
ijoseph@burr.com

69296003 v1

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy via the Court's CM/ECF system and email on the following:

Brian D Flick
Brent S Snyder
Dann Law Firm
15000 Madison Avenue
Lakewood, OH 44107
bflick@dannlaw.com
bsnyder@dannlaw.com

Roy Michael Roman
RMR Legal PLLC
70 N. Ocoee Street
Cleveland, TN 37311
roymichael@rmrlegal.com

*Attorneys for Plaintiffs*

Matthew Ginther
Goodwin Procter LLP
1900 N Street NW
Washington, DC 20036
mginther@goodwinlaw.com

*Attorney for Experian Information Solutions*

C Douglas Dooley
Laura Ellen Bassett
Leitner Williams Dooley Napolitan, PLLC
200 W. Martin Luther King Blvd, Suite 500
Chattanooga, TN 37402
doug.dooley@leitnerfirm.com
laura.bassett@leitnerfirm.com

Cassidy R. Hendrickson
Quilling, Selander, Lownds, Winslett & Moser P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
cassidy.hendrickson@qslwm.com

*Attorneys for Trans Union LLC*

Keelin McGovern Kraemer
Michael A Malone
Polsinelli PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
kkraemer@polsinelli.com
mmalone@polsinelli.com

*Attorneys for Equifax Information Services, Inc.*

*/s/ Ian N. Joseph*
Ian N. Joseph

3