UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

## <u>NOTICE OF DEFICIENCY – PRO HAC MOTION</u>

To: W. Ryan Klima

Case No.:  3:25-cv-304 Kneebush et al v. Servbank, SB, Inc. et al

[✓] Attorney is not admitted (See LR 83.5).   This matter will be referred to a magistrate judge if a pro hac motion is not filed within 15 days of this Notice.  A form motion can be found here: https://www.tned.uscourts.gov/forms/motion-admission-pro-hac-vice.

[ ] Pro hac motion has been filed.   However, the following action is required in order for the motion to be considered.

    [ ] The Clerk's Office has been unable to confirm your good standing in the following state(s).   Accordingly, a certificate(s) of good standing must be submitted:

    [ ] A certificate of good standing from another district court must be submitted.

    [ ] The $150.00 filing fee must be paid.

    If the required certificates or filing fee are not submitted within 15 days of this Notice, your motion may be summarily denied.